**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACK JACKSON, | ) Case No. CV 18-10303-AB (JPR) |
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING FINDINGS AND ) RECOMMENDATIONS OF U.S. ) MAGISTRATE JUDGE |
| RAYBON JOHNSON, Warden, | ) |
| Respondent. | ) |

   The Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. No objections to the R. & R. have been filed.

   The Court accepts the findings and recommendations of the Magistrate Judge. IT THEREFORE IS ORDERED that the Petition is denied and Judgment be entered dismissing this action with prejudice.

DATED: September 21, 2021

ANDRÉ BIROTTE JR.
U.S. DISTRICT JUDGE