JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK JACKSON, | ) Case No. CV 18-10303-AB (JPR) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| RAYBON JOHNSON, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: September 21, 2021

ANDRÉ BIROTTE JR.
U.S. DISTRICT JUDGE